## Commonwealth ex rel. Goodman, Appellant, *v.* Delara.

Argued December 6, 1973. *Julius E. Fioravanti,* for appellant; *Norman P. Zarwin,* for appellee.

Order affirmed.

SPAULDING, J., absent.